**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION**

| | | |
|---|---|---|
| **JERRY LEE HOLLAND** | § | |
| | § | |
| v. | § | 1:13-CV-16 |
| | § | |
| **JOHN O. WRIGHT** | § | |

**ORDER ADOPTING REPORT AND RECOMMENDATION OF
UNITED STATES MAGISTRATE JUDGE**

This case is assigned to the Hon. Ron Clark, United States District Judge, and was referred for pretrial matters to the undersigned United States Magistrate Judge, pursuant to a Referral Order entered on January 10, 2013. The Court has received and considered the report of the magistrate judge (Doc. No. 15), who recommends that the Court deny the Defendant's "Motion to Dismiss" (Doc. No. 3) and "Motion for More Definite Statement" (Doc. No. 5). No objections have been filed to the magistrate judge's report and recommendation, and the time for doing so has passed. It is, therefore,

**ORDERED** that the magistrate judge's report and recommendation (Doc. No. 15) is **ADOPTED**, and the Defendant's "Motion to Dismiss" (Doc. No. 3) and "Motion for More Definite Statement" (Doc. No. 5) are **DENIED.**

So **ORDERED** and **SIGNED** on September 18, 2013.

_____
Ron Clark, United States District Judge